**Jeffery A. Hunnes, Attorney No. 2406**
**Joseph A. Soueidi, Attorney No. 35574285**
**GUTHALS, HUNNES & REUSS, P.C.**
**P.O. Box 1977**
**Billings, MT 59103-1977**
**Telephone: (406) 245-3071**
**Fax: (406) 245-3074**
**Email: jhunnes@ghrlawfirm.com**
**jsoueidi@ghrlawfirm.com**

**Attorneys for Creditor, Richard S. Twete**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **IN RE:** | ) Case No. 18-60691-BPH |
| | ) |
| **CLINTON RAY MULLIN, JR.,** | ) **NOTICE OF APPEARANCE** |
| | ) |
| **Debtor.** | ) |
| | ) |

Pursuant to F.R.B.P. 2002(i) and (g), Richard S. Twete, a creditor/party in interest in the above-entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties in interest, whether sent by the Court, the debtor or any other party in the case, be sent or delivered to the undersigned; and pursuant to F.R.B.P. 2002(g), that the following be added to the Court's master mailing matrix:

    Jeffery A. Hunnes
    Joseph A. Soueidi
    GUTHALS, HUNNES & REUSS, P.C.
    P.O. Box 1977
    Billings, MT 59103

1

Such notices shall include notices by mail, telephone, facsimile, or any other means of electronic transmission, and the notices requested shall include, but are not limited to, all notices relating to the matters set forth in F.R.B.P. 2002; matters relating to any motion for the appointment of a trustee, or conversion or dismissal of the case; matters relating to the proposing or confirming of a plan; matters relating to adequate protection and the debtor's obtaining of credit under 11 U.S.C. § 361 or 364; and matters relating to the use, sale or lease of property under 11 U.S.C. § 363, or the assumption or rejection of executory contracts or unexpired leases under 11 U.S.C. § 365.

**DATED** this 15th day of August, 2018.

>GUTHALS, HUNNES & REUSS, P.C.
>P.O. Box 1977
>Billings, MT  59103-1977
>
>By: /s/ *Joseph A. Soueidi*
>Attorneys for Creditor, Richard S. Twete

.

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on August 15, 2018, or as soon as possible thereafter, copies of the foregoing was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users: None.

>GUTHALS, HUNNES & REUSS, P.C.
>P.O. Box 1977
>Billings, MT  59103-1977
>
>By: /s/ *Joseph A. Soueidi*
>Attorneys for Creditor, Richard S. Twete